IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02181-WYD-BNB

EXCEL-JET, LTD., a Colorado corporation,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    United States' Unopposed Motion to Amend Answer (filed June 6, 2006) is **GRANTED**.

    Dated: June 9, 2008