IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02181-WYD-BNB (consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

# ORDER

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Consolidate (filed August 26, 2008). Plaintiff seeks to consolidate Civil Action No. 08-cv-01218-MSK-KMT, *U.S. Speciality Insurance Company v. United States of America*, with this one pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 42.1. Because the instant case is the lower numbered case, I will rule on the proposed consolidation. *See* D.C.COLO.LCivR 42.1.

Rule 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the action; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950). Upon review of

the files in these cases, I find that the two cases involve common questions of law and fact regarding an air crash on June 22, 2008, at the Municipal Airport in Colorado Springs and should be consolidated. Therefore, it is

ORDERED that Plaintiff's Unopposed Motion to Consolidate is **GRANTED**. *U.S. Specialty Insurance Company. v. United States of America*, Civil Action No. 08-cv-01218-MSK-KMT, shall be assigned to me and consolidated with this case for all further purposes. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in this case only, using the caption appearing in this Order. It is

FURTHER ORDERED that Civil Action No. 08-cv-01218 shall hereafter be referred to the magistrate judge assigned to the lowest case, in this case Magistrate Judge Boland. It is

FURTHER ORDERED that the clerk of court shall docket this Order in *U.S. Specialty Insurance Company v. United States of America*, Civil Action No. 08-cv-01218-MSK-KMT. Finally, it is

ORDERED that the *U.S. Speciality Insurance Company* case shall hereafter be designated as Civil Action No. 08-cv-01218-WYD-BNB.

Dated: September 10, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge