IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
                         JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: October 16, 2008 |
| E.C.R./Reporter: Kara Spitler | |

Civil Action No: **07-cv-02181-WYD-BNB**          <u>Counsel:</u>

**EXCEL-JET, LTD.**,                              Frank W. Coppola
                                                  Bruce A. Lampert
     Plaintiff,

v.

**UNITED STATES OF AMERICA**,                     Robert J. Gross
                                                  Mark S. Pestal
     Defendant.

## COURTROOM MINUTES

**HEARING ON JOINT MOTION TO BIFURCATE TRIAL**

**2:37 p.m.**      Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Joint Motion to Bifurcate Trial (#38 - 9/25/08) is raised for argument.

2:38 p.m.          Argument by Plaintiff (Mr. Coppola).

2:42 p.m.          Argument by Defendant (Mr. Gross).

**ORDERED:**      Joint Motion to Bifurcate Trial and Modify Scheduling Order (#38 - 9/25/08) is **GRANTED IN PART and DEFERRED IN PART.** The motion is GRANTED as to the request to bifurcate and deferred to Magistrate Judge Boyd N. Boland as to the request to modify the Scheduling Order.

**2:47 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:10**