IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02181-WYD-BNB
(consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to . . . Modify Scheduling Order** [Doc. # 38, filed 9/25/2008](the "Motion"). The Motion addresses both the issue of bifurcation, which the district judge granted at a hearing on October 16, 2008, and modification of the scheduling order to postpone deadlines for discovery and experts on the matter of damages, which the district judge referred to me.

IT IS ORDERED that the Motion is GRANTED insofar as it is referred to me, and discovery and expert witness designations on the matter of damages are stayed pending further order of the court.

Dated October 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge