IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-02181-WYD-BNB (consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado Corporation,

   Plaintiff,

v.

UNITED STATES OF AMERICA

   Defendant.

---

**PROPOSED ORDER GRANTING PLAINTIFF EXCEL JET, LTD'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

---

THIS MATTER came before the Court on Plaintiff Excel-Jet, Ltd.'s Unopposed Motion to Modify Scheduling Order, and the Court, being duly advised in the premises, and finding good cause therefor, does hereby *grant* Plaintiff's Motion to Modify Scheduling Order. The discovery cutoff date is extended to allow the three scheduled depositions, November 13 and the week of November 17, 2008. The parties may take the deposition of the NTSB Safety Investigator when permission is obtained from NTSB General Counsel. Plaintiff is granted a thirty (30) day extension within which to endorse their Rule 26 experts. Such endorsements shall be made on or before December 15, 2008. Defendant's endorsement of experts shall be due January 16, 2009. Plaintiff's rebuttal experts shall be due two weeks thereafter, on January 30, 2009.

So Ordered this 7th day of November, 2008.

~~District Court~~ Magistrate Judge

**BOYD N. BOLAND**
**United States Magistrate Judge**