IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02181-WYD-BNB | Date: February 23, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

(Consolidated with 08-cv-01218-WYD-BNB

| | |
|---|---|
| EXCEL-JET, LTD, | Frank Coppola |
| a Colorado Corporation | Bruce Lampert |
| Plaintiff(s), | |
| v. | |
| THE UNITED STATES OF AMERICA, | Mark Pestal |
| | Eric Johnson |
| | Robert Gross |
| Defendants(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:00 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendant's exhibits received.

**ORDERED:    Motion to disqualify George C. Greene as an expert witness for defendant filed 2/2/09 (Doc. 52) is taken under advisement as stated on the record.**

Court in Recess    3:40 p.m.    Hearing concluded.    Total time in court:    00:40

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.