IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02181-WYD-BNB
(consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## ORDER
_____

This matter arises on the **United States' Motion for Leave to Designate a Substitute Wake Turbulence Expert Witness** [Doc. # 68, filed 5/11/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The United States may designate James N. Hallock as an expert witness in the area of wake turbulence.

IT IS FURTHER ORDERED that the United States shall provide opposing counsel with all information concerning Mr. Hallock and his opinions, as specified in Fed. R. Civ. P. 26(a)(2), on or before **May 25, 2009**.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

- Expert Discovery Cut-Off:    **July 31, 2009**

- The proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **August 3, 2009, at 5:00 p.m.**

Dated May 22, 2009.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge