IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02181-WYD-BNB
(consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that a supplemental final pretrial conference is set for **September 30, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised proposed pretrial order, modified as discussed at the conference this morning, and submit it to court on or before **September 24, 2009**.

IT IS FURTHER ORDERED that the parties shall submit a confidential settlement statement to my chambers on or before **September 29, 2009, at 3:00 p.m.**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated September 1, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge