IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02181-WYD-BNB  (consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

---

**ORDER**

---

        THIS MATTER came before the Court for a status conference and hearing on

Defendant's Motion for a Separate Trial on the Existence and Location of Wake

Turbulence (docket #104), filed October 23, 2009.  At the hearing on November 30,

2009, I heard argument from both parties as to the pending motion and the estimated

length of a trial to the Court.  After carefully reviewing the file and considering the

parties' remarks at the hearing, I deny Defendant's motion for a separate trial pursuant

to Fed. R. Civ. P. 42 and enter the following trial management schedule for the reasons

stated on the record at the November 30, 2009 hearing.  Accordingly, it is

        ORDERED that Defendant's Motion for a Separate Trial on the Existence and

Location of Wake Turbulence (docket #104), filed October 23, 2009, is **DENIED.**  It is

        FURTHER ORDERED that a two-week trial to the Court is set for **Monday, May**

**3, 2010 at 9:00 a.m.**  It  is

        FURTHER ORDERED that Final Trial Preparation Conferences are set for the

following three dates: **Monday, February 1, 2010 at 1:30 p.m.; Tuesday, March 2, 2010 at 9:30 a.m.; and Thursday, April 15, 2010 at 11:00 a.m.**   It is

FURTHER ORDERED that the parties shall meet and confer and file a joint document detailing each witness that will be testifying at the trial, a summary of the testimony, and an estimated length of such testimony not later than **Friday, January 22, 2010.**   The document shall also provide whether the parties intend to file any motions in limine.   It is

FURTHER ORDERED that the parties shall meet and confer and file an amended exhibit list and an amended witness list not later than **Monday, February 22, 2010.**   It is

FURTHER ORDERED that the parties shall file proposed findings of fact and conclusions of law in accordance with my practice standards not later than **Monday, February 22, 2010.**   It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the November 30, 2009 status conference or set forth in my practice standards.

Dated:  December 1, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge