IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02181-WYD-BNB
08-cv-01218-WYD-BNB

EXCEL-JET, LTD. ,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file.  Pursuant to D.C.COLO.LCivR 40.1, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, these matters are hereby TRANSFERRED to **Chief Judge Kathryn H. Vratil of the District of Kansas** with the understanding that Judge Vratil will assume responsibility for the future management and trial of the cases including consideration of all future pre-trial and post-trial motions and matters and the actual trial of the cases.

    Dated:  February 23, 2010.

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     WILEY Y. DANIEL,
                                                     CHIEF UNITED STATES DISTRICT JUDGE