IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Visiting Judge Kathryn H. Vratil**

Civil Action No.  07-cv-02181-KHV-BNB  (consolidated with 08-cv-01218-WYD-BNB)

EXCEL-JET, LTD., a Colorado corporation,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**SPECIAL ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER comes before the Court upon review of the file.  After speaking with the parties and United States Magistrate Judge Michael E. Hegarty, I enter the following Order appointing Magistrate Judge Hegarty to conduct a settlement conference in the above captioned case pursuant to D.C.COLO.LCivR 72.1.  The settlement conference shall take place on Thursday, March 25, 2010.  Magistrate Judge Hegarty will issue a separate order that will govern the settlement conference.  Accordingly, it is

ORDERED that Magistrate Judge Hegarty is appointed to conduct a settlement conference in the above captioned case pursuant to D.C.COLO.LCivR 72.1.  It is

FURTHER ORDERED that the settlement conference will take place on **Thursday, March 25, 2010.**   It is

FURTHER ORDERED that  Magistrate Judge Hegarty will issue a separate order that will govern the settlement conference.

Dated:  March 2, 2010

                                          BY THE COURT:

                                          s/ Kathryn H. Vratil
                                          Kathryn H. Vratil
                                          Chief United States District Judge