IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EXCEL-JET, Ltd., )
        )
      Plaintiff, )
        )
v. )   Case No. 07-cv-02181-KHV-BNB
        )
UNITED STATES OF AMERICA. )
        )
      Defendant. )

and

U.S. SPECIALITY INSURANCE COMPANY, )
        )
      Plaintiff, )
        )
v. )   Case No. 08-cv-01218-KHV-BNB
        )
UNITED STATES OF AMERICA. )
        )
      Defendant. )

## TRIAL PREPARATION ORDER

The Court has scheduled a trial preparation conference for 3:00 p.m. on Tuesday, April 13, 2010. In anticipation of that conference and the trial which is set for 9:30 a.m. on May 3, 2010, the Court orders as follows:

**1. STIPULATIONS.**

Prior to April 13, 2010, the parties shall attempt to reach agreement on the following stipulations:

**A.** All business records which have been produced by any party in the course of discovery are business records within the scope of Rule 803(6), Fed. R. Evid., and may be introduced in evidence subject to objections based solely on grounds of relevancy.

**B.** Other exhibits listed may be received in evidence, subject only to objections of relevance.

**C.** At trial, witnesses who are within the subpoena power of the Court and who are officers, agents or employees of the parties need not be formally subpoenaed to testify.

**2. RELIEF REQUESTED.**

No later than April 9, 2010, plaintiff shall file a statement of all non-monetary relief which it seeks, and an itemization of all damages which it seeks to recover. Plaintiff shall state the specific nature of the damages sustained and include the dollar amount of damages. This should be a specific, itemized list. In addition, plaintiff shall state whether it claims a statutory entitlement to attorneys' fees and if so, the statutory basis for such fees.

**3. WITNESSES AND EXHIBITS.**

**A. Filing of Final Witness and Exhibit Lists and Disclosures.** The parties have filed their final witnesses and exhibit lists. Witnesses and exhibits that are not listed shall not be utilized at trial, except upon a showing of good cause.

**B. Marking and Exchange of Exhibits.** All demonstrative exhibits shall be marked no later than April 19, 2010. The parties shall exchange copies of exhibits at or before the time they are marked. The parties shall also prepare lists of their expected exhibits, in the form attached, for use by the Deputy Clerk and Court Reporter.

**C. Deposition Testimony.**

**(1) Written depositions.** With respect to any witness who will appear by deposition, a designation by page and line of those portions of the deposition the offering party intends to present shall be filed and served on the opposing party no later than April 12 , 2010. No later than April 22, 2010, the opposing party may serve upon the offering party a counter designation by page and line of those portions of the deposition that the opposing party believes in fairness ought to be considered with the part the offering party has designated in accordance with Fed. R. Civ. P. 32( a)( 4). Counsel shall confer to attempt to resolve any objections to designated

testimony.

**(2) Deposition Disputes.** Any disputes between the parties concerning deposition testimony, including any unresolved evidentiary objections, shall be brought to the attention of the Court by a separate filing with the Clerk of the Court, no later than noon on April 23, 2010. The objecting party shall deliver a copy of the deposition to the trial judge along with this filing. Parties are to notify the trial judge at least 48 hours before a particular deposition is intended to be used so that the judge may make any necessary rulings and facilitate a "clean" presentation of deposition testimony at trial. Where the Court must resolve disputes concerning presentation of deposition testimony at trial, the objecting party shall deliver a copy of the deposition to the trial judge. On this copy, those portions of the deposition that are intended to be presented at trial shall be marked by brackets in the margins with different colored highlighting. Red highlighting shall be used for plaintiff and blue highlighting shall be used for defendant.

**(3) Videotaped Depositions.** Paragraphs C(1) and (2) apply to videotaped depositions as well as written deposition transcripts. A party who offers a videotaped deposition must edit the tape in accordance with the designations and Court's rulings so that it can be played in a manner that will not delay the trial.

**4. Motions in Limine.**

All motions *in limine* shall be served and filed no later than March 29, 2010. Any response shall be filed no later than April 5, 2010. Any reply shall be filed no later than April 9, 2010.

**5. TRIAL.**

Trial will be by the Court, and will be limited to the issue of liability. Estimated trial time is 10 days.

**6.     FURTHER PROCEEDINGS AND FILINGS.**

**A. Trial Briefs.** Plaintiff's trial brief (if any) shall be served and filed no later than April 19,

2010. Defendant's trial brief (if any) shall be served and filed no later than April 26, 2010. The Court does not require trial briefs but they maybe helpful if the parties anticipate that unique or difficult issues will arise during trial.

**B. Findings of Fact and Conclusions of Law.**

On March 2, 2010, the parties served proposed findings of fact and conclusions of law. The Court directs that each party re-file their proposed findings of fact no later than March 15, 2010, in a format that would be appropriate under Rule 36 (Requests for Admission), Fed. R. Civ. Proc., asking the opposing party to admit, for purposes of the pending actions only, the truth of the stated facts. To facilitate this process, each factual matter must be separately stated in a separately numbered paragraph. No later than March 25, 2010, each party shall file its response to the proposed findings of fact of the opposing party. The procedures outlined in Rule 36 shall govern this procedure.

No later than April 26, 2010, the parties shall file a joint document which recites all facts to which the parties agree.

**IT IS SO ORDERED.**

Dated March 9, 2010.

s/ Kathryn H. Vratil
Kathryn H. Vratil
UNITED STATES DISTRICT JUDGE

**EXHIBIT LIST**

CASE NO._____ PLAINTIFF'S LIST_____ DEFENDANT'S LIST_____ THIRD PTY DEFTS. LIST_____

CASE CAPTION _____ vs. _____ PAGE NO._____ DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |