IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE KATHRYN H. VRATIL

_____

Courtroom Deputy: Deborah Hansen                Date:  April 13, 2010
Court Reporter:       Gwen Daniel

_____

Civil Case No.  07-cv-02181-KHV-BNB               Counsel:

EXCEL-JET, LTD., a Colorado Corporation,          Frank W. Coppola
                                                  Michael Leinz
Plaintiff,                                        Bruce A. Lampert

v.

THE UNITED STATES OF AMERICA,                     Robert Gross
                                                  Mark Pestal
Defendant.                                        Mark Tomicich

_____


COURTROOM MINUTES
_____


HEARING - Trial Preparation Conference

03:13 p.m.    Court in Session

Appearances

This case is set for a 10-day bench trial commencing Monday, May 3, 2010.

Court's comments

Discussion re Exhibit List

**ORDERED:  The parties may submit an amended Exhibit List the first day of trial.**

The Plaintiff filed a Motion for Clarification or Modification of the March 9, 2010 Trial
Preparation Order (Doc No. 138).

**ORDERED:  Motion for Clarification or Modification of the March 9, 2010 Trial Preparation Order (Doc No. 138) is GRANTED.  The requirement that plaintiff submit a statement of relief is REMOVED.**

Court's further comments

Trial will start at 9:00 a.m.  The Court will take a one-hour lunch break at noon and work until 5:00 p.m.

03:55 p.m.    Court in Recess
              Hearing concluded
              Time: /42