IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02181-KHV-BNB (consolidated with 08-cv-01218-KHV-BNB)

EXCEL-JET, LTD., a Colorado Corporation,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

Dated May 13, 2010.

BY THE COURT:

_____
Judge Kathryn H. Vratil

_____
Attorney for Plaintiff

_____
Attorney for Defendant